UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 25-22939** |
| | **CHAPTER 13** |
| **Baron J. Thompson,** | |
|    Debtor. | |

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC Bank, USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-AG1, Asset Backed Pass-Through Certificates ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Attorney for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112
                                           Facsimile: 404-393-1425

                                           By: /s/Cory Woerner
                                               Cory Woerner
                                               Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BARON J. THOMPSON
1218 9TH AVENUE
NEPTUNE, NJ 07753

And via electronic mail to:

VEITENGRUBER LAW LLC
1720 HWY 34, SUITE 10
WALL, NJ 07727

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE, CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Zuelke