| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 25-22939 / CMG

Baron J. Thompson
1218 9th Avenue
Neptune, NJ   07753

Petition Filed Date: 12/08/2025
341 Hearing Date: 01/08/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2026 | $832.00 | 55033437024 | 02/06/2026 | $1,000.00 | 55033437017 | | | |

**Total Receipts for Period: $1,832.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,832.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Baron J. Thompson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $51.83 | $0.00 | $0.00 |
| | George E. Veitengruber, III, Esq. | Attorney Fees Hold Funds: Reserve | $3,500.00 | $0.00 | $3,500.00 |
| 2 | NJ DIVISION OF TAXATION »» TGI 2016-2027 | Secured Creditors | $18,364.85 | $0.00 | $0.00 |
| 3 | NJ DIVISION OF TAXATION »» TGI 2024 EST/GIT-ER 2019-2025 EST/S&U 4/2019; 10/2022-12/2025 EST | Priority Crediors Hold Funds: Estimated | $18,402.42 | $0.00 | $0.00 |
| 4 | NJ DIVISION OF TAXATION »» TGI 2016-2017 RF/ COSTS 2/2018; 7/2021 | Unsecured Creditors | $4,212.93 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE »» 2015-2017 | Secured Creditors | $172,615.82 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE »» 2018-2019; EST TAXES 2024 | Priority Crediors Hold Funds: Estimated | $15,230.67 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE »» 2018-2020 | Unsecured Creditors | $4,681.71 | $0.00 | $0.00 |
| 8 | HSBC BANK USA, NA »» 1218 9TH AVE/1ST MTG | Mortgage Arrears | $4,165.37 | $0.00 | $0.00 |
| 9 | G5 MTG-BACKED SECURITIES TRUST 2018-RPL1 »» NP/1604 BANGS AVE/1ST MTG | Mortgage Arrears | $86,403.49 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-22939 / CMG**

| SUMMARY |
| --- |

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $1,832.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,832.00 |
| Paid to Trustee: | $135.57 | Arrearages: | $1,832.00 |
| Funds on Hand: | $1,696.43 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.tfsbillpay.com to register!**

**View your case information online for** *FREE*!  **Register today at
www.ndc.org or scan this code to get started!**



EOF