Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22939−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Baron J. Thompson
    1218 9th Avenue
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−7084

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 25-22939-CMG
---|---
Baron J. Thompson | Chapter 13
    Debtor |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 148 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baron J. Thompson, 1218 9th Avenue, Neptune, NJ 07753-5121 |
| 520910456 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Jul 15 2026 21:34:00 | HSBC Bank USA National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| 520910453 | + EDI: CCS.COM | Jul 16 2026 01:16:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 520986143 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 21:35:00 | GS Mortgage-Backed Securities Trust 2018-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520917873 | + Email/Text: RASEBN@raslg.com | Jul 15 2026 21:34:00 | HSBC Bank USA National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520910454 | + EDI: IRS.COM | Jul 16 2026 01:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520910455 | ^ MEBN | Jul 15 2026 21:33:40 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520975598 | + EDI: LCIPHHMRGT | Jul 16 2026 01:16:00 | PHH MORTGAGE CORPORATION, ATTN:BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 520910458 | + EDI: LCIPHHMRGT | Jul 16 2026 01:16:00 | PHH Mortgage Corporation, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054-4637 |
| 520910457 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520955426 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy, Trenton, NJ 08695-0245 |

District/off: 0312-3             User: admin             Page 2 of 2

Date Rcvd: Jul 15, 2026             Form ID: 148             Total Noticed: 17

| | | | |
|---|---|---|---|
| 520910459 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 21:35:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 520929759 | + EDI: AIS.COM | Jul 16 2026 01:16:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor HSBC Bank USA National Association cwoerner@raslg.com |
| George E Veitengruber, III | on behalf of Debtor Baron J. Thompson bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Matthew K. Fissel | on behalf of Creditor GS Mortgage-Backed Securities Trust 2018-RPL1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Steven Hordis | on behalf of Creditor State of New Jersey steven.hordis@law.njoag.gov  sch314@me.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7