UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ   08650

(609) 587-6888

**Order Filed on July 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Baron J. Thompson

Debtor(s)

Case No.: 25-22939 / CMG

Chapter 13

Hearing Date: 7/15/2026  at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed v
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacatec
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat
this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-22939-CMG

Baron J. Thompson                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                          Page 1 of 2

Date Rcvd: Jul 15, 2026                        Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID     Recipient Name and Address**
db     + Baron J. Thompson, 1218 9th Avenue, Neptune, NJ 07753-5121

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name     Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

Cory Francis Woerner
     on behalf of Creditor HSBC Bank USA National Association cwoerner@raslg.com

George E Veitengruber, III
     on behalf of Debtor Baron J. Thompson bankruptcy@veitengruberlaw.com knapolitano15@gmail.com

Matthew K. Fissel
     on behalf of Creditor GS Mortgage-Backed Securities Trust 2018-RPL1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

Steven Hordis
     on behalf of Creditor State of New Jersey steven.hordis@law.njoag.gov sch314@me.com

District/off: 0312-3                           User: admin                              Page 2 of 2
Date Rcvd: Jul 15, 2026                        Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7